IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CELINE SA, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-04693 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Celine SA ("CELINE") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS CELINE's Motion in part as follows.

This Court finds CELINE has provided notice to Defendants in accordance with the Temporary Restraining Order entered September 26, 2022, ECF No. 22 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that CELINE has provided a basis to conclude that Defendants have sold products using infringing and counterfeit versions of CELINE's federally registered trademarks (the "CELINE Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of CELINE's previously granted Motion for Entry of a TRO establishes that CELINE has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that CELINE will suffer irreparable harm if the injunction is not granted.

Specifically, CELINE has proved a *prima facie* case of trademark infringement because (1) the CELINE Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the CELINE Trademarks, and (3) Defendants' use of the CELINE Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with CELINE. Furthermore, Defendants' continued and unauthorized use of the CELINE Trademarks irreparably harms CELINE through diminished goodwill and brand confidence, damage to CELINE's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, CELINE has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the CELINE Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

        offering for sale, or sale of any product that is not a genuine CELINE product or not authorized by CELINE to be sold in connection with the CELINE Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CELINE product or any other product produced by CELINE, that is not CELINE's or not produced under the authorization, control, or supervision of CELINE and approved by CELINE for sale under the CELINE Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of CELINE, or are sponsored by, approved by, or otherwise connected with CELINE; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for CELINE, nor authorized by CELINE to be sold or offered for sale, and which bear any of CELINE's trademarks, including the CELINE Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon CELINE's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days

after receipt of such notice, provide to CELINE expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon CELINE's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the CELINE Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. CELINE may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Hi. Vicky Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute

notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint (ECF No. 2), Exhibit 2 to the Declaration of Nicolas Lambert (ECF No. 16), and the TRO (ECF No. 22) are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $122,000.00 bond posted by CELINE shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: October 21, 2022

John J. Tharp, Jr.
United States District Judge

# Schedule A

| NO. | SELLER ALIASES | ONLINE MARKETPLACES |
|---|---|---|
| 1 | Hi. Vicky Store | aliexpress.com/store/1101412067 |
| 2 | JIAMEN Handbag Factory Store | aliexpress.com/store/1101271764 |
| 3 | Amy Life Store | aliexpress.com/store/1101677044 |
| 4 | Heye Wings Store | aliexpress.com/store/1101117871 |
| 5 | Female Flowers Tote Store | aliexpress.com/store/1100513015 |
| 6 | ACEDICHY Boutique Store | aliexpress.com/store/1101380959 |
| 7 | le'aokuu Official Store | aliexpress.com/store/1101271297 |
| 8 | Le'aokuu Factory Store | aliexpress.com/store/1101416847 |
| 9 | Shop5091012 Store | aliexpress.com/store/1101444553 |
| 10 | Shop2955249 Store | aliexpress.com/store/1101251228 |
| 11 | Liuguotao Store | aliexpress.com/store/1101740451 |
| 12 | YAOSHUNBags Store | aliexpress.com/store/1101385527 |
| 13 | iv Store | aliexpress.com/store/1101783442 |
| 14 | 6687YJTD Optical Shop Store | aliexpress.com/store/1101834732 |
| 15 | Aradoo Official Store | aliexpress.com/store/1101604838 |
| 16 | All kinds of bag shops Store | aliexpress.com/store/1101757849 |
| 17 | Luggage House Store | aliexpress.com/store/912623065 |
| 18 | SmileSmileSmile Store | aliexpress.com/store/1100387737 |
| 19 | hezi headwear Store | aliexpress.com/store/1101934149 |
| 21 | Shop1100223645 Store | aliexpress.com/store/1102022537 |
| 22 | Shop910729043 Store | aliexpress.com/store/1101531303 |
| 23 | zxy1164 Store | aliexpress.com/store/1101263194 |
| 24 | JIDO Store | aliexpress.com/store/1102020558 |
| 26 | First Bag Store | aliexpress.com/store/1101338613 |
| 27 | Shop1102089026 Store | aliexpress.com/store/1102079462 |
| 28 | HuaTian Store | aliexpress.com/store/1102033003 |
| 29 | chenhan211314 Store | aliexpress.com/store/1101782178 |
| 30 | JX Sunglasses Store | aliexpress.com/store/1101955641 |
| 31 | 366 Glasses Store | aliexpress.com/store/1101281081 |
| 32 | Superiorly happy shoes Store | aliexpress.com/store/1102035018 |
| 33 | Shoe20160803 Store | aliexpress.com/store/1101953047 |
| 34 | Shop1100223439 Store | aliexpress.com/store/1102023876 |
| 35 | Trendy new products Store | aliexpress.com/store/1101859116 |
| 37 | Shop5607017 Store | aliexpress.com/store/1101369689 |
| 38 | meiyi1981 Store | dhgate.com/wholesale/products/8aaa877c7ffdf0ba0180218ca4ca4ae6.html |
| 39 | fashionmanm Store | dhgate.com/store/21725177 |
| 40 | glassesboxx Store | dhgate.com/store/21714372 |
| 41 | sisuonbag Store | dhgate.com/store/21771910 |
| 42 | designerok Store | dhgate.com/store/21799190 |
| 43 | crystal_glasses Store | dhgate.com/store/21725970 |

| 44 | maosgetian Store | dhgate.com/store/21772044 |
|---|---|---|
| 45 | yonglong888 Store | dhgate.com/store/21696777 |
| 46 | luxurybelt6 Store | dhgate.com/store/21796901 |
| 47 | designer1888 Store | dhgate.com/store/21794153 |
| 48 | designerbelt6 Store | dhgate.com/store/21796899 |
| 50 | das881 Store | dhgate.com/store/21748023 |
| 51 | chongxin55 Store | dhgate.com/store/21665914 |
| 52 | zhunxin55 Store | dhgate.com/store/21665924 |
| 53 | xinnian55 Store | dhgate.com/store/21665905 |
| 54 | tongxin55 Store | dhgate.com/store/21665919 |
| 55 | xinbi55 Store | dhgate.com/store/21665934 |
| 56 | factory_bag_shop Store | dhgate.com/store/21737391 |
| 57 | shumian Store | dhgate.com/store/21167833 |
| 58 | higloss_bags Store | dhgate.com/store/21695760 |
| 59 | pulanbag Store | dhgate.com/store/21411877 |
| 60 | migua55 Store | dhgate.com/store/21668497 |
| 61 | Intimate Bag Store | dhgate.com/store/21699336 |
| 62 | fashiontotes168 Store | dhgate.com/store/21699445 |
| 63 | prettyplus Store | dhgate.com/store/20680109 |
| 64 | ccwl123 Store | dhgate.com/store/20822217 |
| 65 | globalbag888 Store | dhgate.com/store/21673056 |
| 66 | protect3the Store | dhgate.com/store/21735123 |
| 67 | congjun Store | dhgate.com/store/21186136 |
| 68 | thumbelina Store | dhgate.com/store/21694798 |
| 69 | jiamen Store | dhgate.com/store/21204626 |
| 71 | laoyue99 Store | dhgate.com/store/21161352 |
| 72 | maopi Store | dhgate.com/store/21161112 |
| 73 | junmi Store | dhgate.com/store/21204807 |
| 74 | lianhua77 Store | dhgate.com/store/21134014 |
| 75 | junchai Store | dhgate.com/store/21186141 |
| 76 | danzong Store | dhgate.com/store/20331264 |
| 77 | baigua55 Store | dhgate.com/store/21668499 |
| 78 | wanpi Store | dhgate.com/store/21161105 |
| 79 | fashionbag168 Store | dhgate.com/store/21261852 |
| 80 | fendistores Store | dhgate.com/store/21697395 |
| 81 | shanghaibag37 Store | dhgate.com/store/21650182 |
| 82 | chenfass Store | dhgate.com/store/21673388 |
| 83 | jayvslishiliang88 Store | dhgate.com/store/21599682 |
| 84 | shoppingmall8 Store | dhgate.com/store/21770903 |
| 85 | mature_ Store | dhgate.com/store/21727331 |
| 86 | star_strip Store | dhgate.com/store/21735144 |
| 87 | buyxys Store | dhgate.com/store/21721970 |
| 88 | lingyi01 Store | dhgate.com/store/21751320 |
| 89 | beautiful0001 Store | dhgate.com/store/21753978 |
| 90 | penglv688 Store | dhgate.com/store/21454949 |

| | | |
|---|---|---|
| 91 | clofa Store | dhgate.com/store/21111104 |
| 92 | mouling Store | dhgate.com/store/21751346 |
| 93 | Fen-di Store | aliexpress.com/store/1101331445 |
| 94 | REEJIM Store | aliexpress.com/store/1101460576 |
| 95 | Shop5889608 Store | aliexpress.com/store/1101500606 |
| 96 | fashion shoe 8888 Store | aliexpress.com/store/1102031783 |
| 97 | RYMOMODA Official Store | aliexpress.com/store/1101627477 |
| 98 | DAMILA Store | aliexpress.com/store/1101191476 |
| 99 | Jan-Jan Store | aliexpress.com/store/1101946652 |
| 100 | JYe Baby Store | aliexpress.com/store/1101423000 |
| 101 | Xiyu glasses store Store | aliexpress.com/store/1102048515 |
| 102 | ALI JIAJU Store | aliexpress.com/store/1101952529 |
| 103 | Beautiful romantic girl accessories Store | aliexpress.com/store/1101434956 |
| 104 | Daily -Life House Store | aliexpress.com/store/1102160371 |
| 105 | Moger Store | aliexpress.com/store/1101882560 |
| 106 | Shop910960031 Store | aliexpress.com/store/1101555662 |
| 107 | Shop911409013 Store | aliexpress.com/store/1101610945 |
| 108 | Shop1102121592 Store | aliexpress.com/store/1102121593 |
| 109 | Shop1102185288 Store | aliexpress.com/store/1102186259 |
| 110 | YSGEYA Luxury Bag Store | aliexpress.com/store/1101416507 |
| 111 | yuri8888 Store | dhgate.com/store/21770986 |
| 112 | oafcn Store | dhgate.com/store/21665344 |
| 113 | kaifang Store | dhgate.com/store/20330261 |
| 114 | shenian Store | dhgate.com/store/21032931 |
| 115 | trading988 Store | dhgate.com/store/21640325 |
| 116 | fzctb3 Store | dhgate.com/store/21751124 |
| 117 | ameste Store | dhgate.com/store/21712356 |
| 118 | dove_fashion Store | dhgate.com/store/21823117 |
| 119 | xing05 Store | dhgate.com/store/21755258 |
| 120 | jkcz Store | dhgate.com/product/designer-belts-luxury-arc-de-triomphe-belt/786511668.html |
| 121 | jmzj Store | dhgate.com/product/designer-belts-luxury-arc-de-triomphe-belt/786513757.html |
| 122 | beltminco Store | dhgate.com/store/21754732 |